**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON,**<br><br>    Plaintiffs,<br><br>v.<br><br>**APPLE INC.,**<br><br>    Defendant | Civil Action No. 2:15-cv-290-JRG-RSP<br><br>Jury Trial Demanded |

### NOTICE OF ENTRY OF APPEARANCE OF IRA J. SCHAEFER

Please take notice that Ira J. Schaefer of Hogan Lovells US LLP hereby enters his appearance in this matter on behalf of Defendant Apple Inc.

Respectfully submitted on April 9, 2015.

                                                      */s/ Ira J. Schaefer*

                                                      Ira J. Schaefer
                                                      HOGAN LOVELLS US LLP
                                                      875 Third Avenue
                                                      New York, NY 10022
                                                      Telephone: (212) 918-3000
                                                      Facsimile: (212) 918-3100
                                                      ira.schaefer@hoganlovells.com

                                                      **ATTORNEYS FOR DEFENDANT
                                                      APPLE INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 9, 2015, I electronically filed the foregoing notice using the Court's CM/ECF system, which will serve electronic notification of this filing to all counsel of record.

                                                        */s/ Bernadette J. Crisostomo*
                                                          Bernadette J. Crisostomo