# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON,**<br><br>    Plaintiffs,<br><br>v.<br><br>**APPLE INC.,**<br><br>    Defendant | Civil Action No. 2:15-cv-290-JRG-RSP<br><br>Jury Trial Demanded |

## NOTICE OF ENTRY OF APPEARANCE OF STEVEN P. CHEN

Please take notice that Steven P. Chen of Hogan Lovells US LLP hereby enters his appearance in this matter on behalf of Defendant Apple Inc.

Respectfully submitted on April 9, 2015.

                                          */s/ Steven P. Chen*

                                          Steven P. Chen
                                          HOGAN LOVELLS US LLP
                                          4085 Campbell Avenue, Suite 100
                                          Menlo Park, CA 94025
                                          Telephone: (650) 463-4000
                                          Facsimile: (650) 463-4199
                                          steven.chen@hoganlovells.com

                                          **ATTORNEYS FOR DEFENDANT APPLE INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2015, I electronically filed the foregoing notice using the Court's CM/ECF system, which will serve electronic notification of this filing to all counsel of record.

*/s/ Bernadette J. Crisostomo*
Bernadette J. Crisostomo