**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON,**<br><br>  Plaintiffs,<br><br>v.<br><br>**APPLE INC.,**<br><br>  Defendant | Civil Action No. 2:15-cv-290-JRG-RSP<br><br>Jury Trial Demanded |

### NOTICE OF ENTRY OF APPEARANCE OF THEODORE J. MLYNAR

Please take notice that Theodore J. Mlynar of Hogan Lovells US LLP hereby enters his appearance in this matter on behalf of Defendant Apple Inc.

Respectfully submitted on April 9, 2015.

  */s/ Theodore J. Mlynar*

  Theodore J. Mlynar
  HOGAN LOVELLS US LLP
  875 Third Avenue
  New York, NY 10022
  Telephone: (212) 918-3000
  Facsimile: (212) 918-3100
  ted.mlynar@hoganlovells.com

  **ATTORNEYS FOR DEFENDANT
  APPLE INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 9, 2015, I electronically filed the foregoing notice using the Court's CM/ECF system, which will serve electronic notification of this filing to all counsel of record.

                                                                  */s/ Bernadette J. Crisostomo*
                                                                  Bernadette J. Crisostomo