**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON,**<br><br>   Plaintiffs,<br><br>v.<br><br>**APPLE INC.,**<br><br>   Defendant | Civil Action No. 2:15-cv-290-JRG-RSP<br><br>Jury Trial Demanded |

## NOTICE OF ENTRY OF APPEARANCE OF CELINE J. CROWSON

Please take notice that Celine J. Crowson of Hogan Lovells US LLP hereby enters her appearance in this matter on behalf of Defendant Apple Inc.

Respectfully submitted on April 10, 2015.

/s/ Celine J. Crowson

Celine J. Crowson
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
celine.crowson@hoganlovells.com

**ATTORNEYS FOR DEFENDANT
APPLE INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2015, I electronically filed the foregoing notice using the Court's CM/ECF system, which will serve electronic notification of this filing to all counsel of record.

                                                  */s/ Megan Espiritu*
                                                    Megan Espiritu