**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON,**<br><br>    Plaintiffs,<br><br>v.<br><br>**APPLE INC.,**<br><br>    Defendant | Civil Action No. 2:15-cv-290-JRG-RSP<br><br>Jury Trial Demanded |

### NOTICE OF ENTRY OF APPEARANCE OF JESSICA BLACK LIVINGSTON

Please take notice that Jessica Black Livingston of Hogan Lovells US LLP hereby enters her appearance in this matter on behalf of Defendant Apple Inc.

Respectfully submitted on April 14, 2015.

/s/ Jessica Black Livingston
Jessica Black Livingston
HOGAN LOVELLS US LLP
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, CO 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333
jessica.livingston@hoganlovells.com

**ATTORNEYS FOR DEFENDANT APPLE INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that on April 14, 2015, I electronically filed the foregoing notice using the Court's CM/ECF system, which will serve electronic notification of this filing to all counsel of record.

                                           */s/ Bernadette J. Crisostomo*
                                             Bernadette J. Crisostomo