**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON,**<br><br>          **Plaintiffs,**<br>     v.<br><br>**APPLE INC.,**<br><br>          **Defendant.** | Civil Action No. 2:15-cv-290<br><br>Hon. Rodney Gilstrap<br><br>DEMAND FOR JURY TRIAL |

## DEFENDANT APPLE INC.'S JURY DEMAND

Pursuant to Local Rule CV-38(a), Defendant Apple Inc. respectfully demands a jury trial on all issues so triable.

Dated: April 22, 2015                    Respectfully submitted,

                              By: */s/Michael E. Jones*
                                   Clay C. James
                                   Srecko Vidmar
                                   C. Matthew Rozier
                                   **HOGAN LOVELLS US LLP**
                                   One Tabor Center, Suite 1500
                                   1200 Seventeenth Street
                                   Denver, CO  80202
                                   Telephone: (303) 899-7300
                                   Facsimile: (303) 899-7333
                                   clay.james@hoganlovells.com
                                   lucky.vidmar@hoganlovells.com
                                   matt.rozier@hoganlovells.com

                                   Theodore J. Mlynar
                                   **HOGAN LOVELLS US LLP**
                                   875 Third Avenue
                                   New York, NY 10022
                                   Telephone: (212) 918-3000
                                   Facsimile: (212) 918-3100
                                   ted.mlynar@hoganlovells.com

Michael E. Jones  
State Bar No. 10929400  
mikejones@potterminton.com  
Allen F. Gardner  
State Bar No. 24043679  
allengardner@potterminton.com  
POTTER MINTON, P.C.  
A Professional Corporation  
110 N. College Ave., Suite 500  
Tyler, Texas 75702  
Tel: (903) 597-8311  
Fax: (903) 593-0846  

**ATTORNEYS FOR DEFENDANT APPLE INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 22, 2015.

*/s/ Michael E. Jones*