**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON,**<br><br>　　　　　　**Plaintiffs,**<br>　　v.<br><br>**APPLE INC.,**<br><br>　　　　　　**Defendant.** | Civil Action No. 2:15-cv-290<br><br>Hon. Rodney Gilstrap<br><br>DEMAND FOR JURY TRIAL |

## **DEFENDANT APPLE INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Apple Inc. hereby files its Corporate Disclosure Statement. Apple Inc. has no parent corporations, and there is no publicly held company that owns 10% or more of Apple Inc.'s stock.

Dated: April 22, 2015                                    Respectfully submitted,

                                                                          */s/ Michael E. Jones*
                                                                          Clay C. James
                                                                          Srecko Vidmar
                                                                          C. Matthew Rozier
                                                                          **HOGAN LOVELLS US LLP**
                                                                          One Tabor Center, Suite 1500
                                                                          1200 Seventeenth Street
                                                                          Denver, CO  80202
                                                                          Telephone: (303) 899-7300
                                                                          Facsimile: (303) 899-7333
                                                                          clay.james@hoganlovells.com
                                                                          lucky.vidmar@hoganlovells.com
                                                                          matt.rozier@hoganlovells.com

                                                                          Steven M. Levitan
                                                                          Steven P. Chen
                                                                          **HOGAN LOVELLS US LLP**
                                                                          4085 Campbell Ave.
                                                                          Suite 100
                                                                          Menlo Park, CA 9402
                                                                          Telephone: (650) 463-4000
                                                                          Facsimile: (650) 463-4199
                                                                          steve.levitan@hoganlovells.com
                                                                          steven.chen@hoganlovells.com

                                                                          Michael E. Jones
                                                                          State Bar No. 10929400
                                                                          mikejones@potterminton.com
                                                                          Allen F. Gardner
                                                                          State Bar No. 24043679
                                                                          allengardner@potterminton.com
                                                                          POTTER MINTON, P.C.
                                                                          A Professional Corporation
                                                                          110 N. College Ave., Suite 500
                                                                          Tyler, Texas 75702
                                                                          Tel: (903) 597-8311
                                                                          Fax: (903) 593-0846

                                                                          **ATTORNEYS FOR DEFENDANT APPLE INC.**

**CERTIFICATE OF SERVICE**

  I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 22nd of April, 2015.

                 */s/ Michael E. Jones*