# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | Civil Action No.  2:15-cv-290<br><br>JURY TRIAL DEMANDED |

## ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON'S NOTICE OF COMPLIANCE WITH P.R. 3-1 AND P.R. 3-2

Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Ericsson") hereby give notice that on May 15, 2015, they served infringement contentions on Apple Inc. These infringement contentions were served in compliance with the requirements of P.R. 3-1 and P.R. 3-2, pursuant to the local rules, and pursuant to the Order entered by this Court on May 7, 2015 (Doc. No. 38).

Dated: May 15, 2015

**MCKOOL SMITH, P.C.**

By: */s/ John B. Campbell*
Mike McKool, Jr.
Texas State Bar No. 13732100
mmckool@mckoolsmith.com
Douglas A. Cawley
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
Theodore Stevenson III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas  75201
Telephone:  (214) 978-4000
Facsimile:  (214) 978-4044

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

John B. Campbell, Lead Attorney
Texas State Bar No. 24036314
jcampbell@mckoolsmith.com
Kathy H. Li
Texas State Bar No. 24070142
kli@mckoolsmith.com
Matthew Rappaport
Texas State Bar No. 24070472
mrappaport@mckoolsmith.com
Christopher J. Mierzejewski
Texas State Bar No. 24070270
cmierzejewski@mckoolsmith.com
300 W. Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

**ATTORNEYS FOR PLAINTIFFS ERICSSON INC. and TELEFONAKTIEBOLAGET LM**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing was electronically filed with the CM/ECF system per LR 5.1, and that all interested parties are being served with a true and correct copy of these documents via the CM/ECF system on May 15, 2015.

*/s/ Kathy H. Li*
Kathy H. Li
