**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ERICSSON INC., ET AL. | § § | |
| v. | § § | Case No. 2:15-CV-290-JRG-RSP |
| APPLE, INC. | § § | |

**ORDER REGARDING DOCKET CONTROL ORDER**

Before the Court is the parties' Joint Motion for Entry of Docket Control Order (Dkt. No. 46). The Court **GRANTS-IN-PARTS** the motion as follows: The Court hereby adopts the parties' jointly proposed, agreed dates (including the proposed Claim Construction Hearing date). Regarding the disputed meditation date, because Plaintiff has failed to set forth good cause for deviating from the originally proposed date, the Court further adopts the originally proposed mediation date.

The parties are hereby **ORDERED** to file a Renewed Joint Motion for Entry of Docket Control Order within three (3) days of the date of this Order consistent with this ruling. The proposed order accompanying the renewed motion shall contain three columns: (1) the Court's originally proposed dates; (2) the controlling dates as adopted by the Court in this Order; and (3) the corresponding event.

**SIGNED this 17th day of June, 2015.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE