**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON,**<br><br>    **Plaintiffs,**<br>  **v.**<br><br>**APPLE INC.,**<br><br>    **Defendant.** | Civil Action No. 2:15-cv-290<br><br>Hon. Rodney Gilstrap<br><br>DEMAND FOR JURY TRIAL |

**DEFENDANT APPLE INC.'S NOTICE OF COMPLIANCE REGARDING INITIAL DISCLOSURES**

Pursuant to the Parties' Joint Renewed Motion for Entry of Docket Control Order [Dkt. 50], Defendant Apple Inc. hereby notifies the Court that it served its Paragraph 1 Initial Disclosures upon Plaintiff's counsel of record via electronic mail on June 19, 2015.

Dated: June 19, 2015

Respectfully submitted by,

*/s/ Michael E. Jones*
Clay C. James
Srecko Vidmar
C. Matthew Rozier
**HOGAN LOVELLS US LLP**
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, CO  80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333
clay.james@hoganlovells.com
lucky.vidmar@hoganlovells.com
matt.rozier@hoganlovells.com

Steven M. Levitan
Steven P. Chen
**HOGAN LOVELLS US LLP**
4085 Campbell Ave.
Suite 100
Menlo Park, CA 9402

Telephone: (650) 463-4000
Facsimile: (650) 463-4199
steve.levitan@hoganlovells.com
steven.chen@hoganlovells.com

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON, P.C.
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**ATTORNEYS FOR DEFENDANT
APPLE INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 19, 2015.


*/s/ Michael E. Jones*