**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON,**<br><br>        **Plaintiffs,**<br><br>   v.<br><br>**APPLE INC.,**<br><br>        **Defendant.** | **CIVIL ACTION NO. 2:15-cv-290**<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Pursuant to the Court's Order of May 7, 2015 and the sample Docket Control Order provided by the Court at the parties' May 29, 2015 scheduling conference, Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Ericsson") and Defendant Apple Inc. ("Apple") jointly submit a proposed Protective Order, attached hereto.

Dated: June 19, 2015

Respectfully submitted,

**MCKOOL SMITH, P.C.**

By: */s/ John B. Campbell*
Mike McKool, Jr.
Texas State Bar No. 13732100
 mmckool@mckoolsmith.com
Douglas A. Cawley
Texas State Bar No. 04035500
 dcawley@mckoolsmith.com
Theodore Stevenson III
Texas State Bar No. 19196650
 tstevenson@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas  75201
Telephone:  (214) 978-4000
Facsimile:  (214) 978-4044

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

John B. Campbell, Lead Attorney
Texas State Bar No. 24036314
 jcampbell@mckoolsmith.com
Kathy H. Li
Texas State Bar No. 24070142
 kli@mckoolsmith.com
Matthew Rappaport
Texas State Bar No. 24070472
 mrappaport@mckoolsmith.com
Christopher J. Mierzejewski
Texas State Bar No. 24070270
cmierzejewski@mckoolsmith.com
300 W. Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744
**ATTORNEYS FOR PLAINTIFFS ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON**

*/s/ Clay C. James*
Clay C. James
Srecko Vidmar
C. Matthew Rozier
**HOGAN LOVELLS US LLP**
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, CO 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333
clay.james@hoganlovells.com
lucky.vidmar@hoganlovells.com
matt.rozier@hoganlovells.com

Steven M. Levitan
Steven P. Chen
**HOGAN LOVELLS US LLP**
4085 Campbell Ave.
Suite 100
Menlo Park, CA 9402
Telephone: (650) 463-4000
Facsimile: (650) 463-4199
steve.levitan@hoganlovells.com
steven.chen@hoganlovells.com

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
**POTTER MINTON, P.C.**
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**ATTORNEYS FOR DEFENDANT APPLE INC.**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that Ericsson and Apple have discussed the Joint Protective Order. After meeting and conferring by email and phone on the issues, the parties agreed they had reached an agreement on the issues.

/s/ *Josh Budwin*
Josh Budwin

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was electronically filed with the CM/ECF system per LR 5.1, and that all interested parties are being served with a true and correct copy of these documents via the CM/ECF system on June 19, 2015.

/s/ *Josh Budwin*
Josh Budwin