**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON,<br><br>*Plaintiffs*,<br><br>v.<br><br>APPLE INC.,<br><br>*Defendant*. | Civil Action No. 2:15-cv-290-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## APPLE'S NOTICE OF COMPLIANCE WITH P.R. 4-2

Pursuant to the Court's Docket Control Order (Dkt. No. 56) and Patent Rule 4-2, defendant Apple Inc. hereby notifies the Court and the parties that, on August 28, 2015, it served its Disclosure of Proposed Claim Construction and Identification of Extrinsic Evidence upon Plaintiff's counsel of record via electronic mail.

Dated: August 28, 2015

Respectfully submitted,

*/s/ Lucky Vidmar*
Clay C. James
Srecko "Lucky" Vidmar
**HOGAN LOVELLS US LLP**
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, Colorado 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333
clay.james@hoganlovells.com
lucky.vidmar@hoganlovells.com

**ATTORNEYS FOR APPLE INC**.

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 28, 2015, I served the foregoing document using the Court's CM/ECF electronic filing system which will serve the same upon all counsel of record in this matter.

*/s/Lucky Vidmar*
Lucky Vidmar

\\DC - 029613/000100 - 6920422 v6